Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

District of Colorado

Division

Case No. _____

(to be filled in by the Clerk's Office)

Gerald Joseph Cooper

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

see attached

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## ~~COMPLAINT AND~~ REQUEST FOR INJUNCTION

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Gerald Joseph Cooper |
| Street Address | 2389 Oswego Street |
| City and County | Aurora, Adams |
| State and Zip Code | Colorado, 80010 |
| Telephone Number | 30350515744 |
| E-mail Address | gj1cooper@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  _____

(To be supplied by the court)

 **GERALD JOSEPH COOPER** _____ , Plaintiff

v.

**GOVENOR J.B. PRITZKER**, On behalf of THE STATE OF ILLINOIS ,

 **JUDGE JOSHUA DIEDEN** (in his official capacity) _____ ,

**GENEVA PERKINSON** ((in her official capacity) _____ ,

**KWAME RAOUL** (in his official capacity) _____ ,

**ROBERT BERLIN** (in his official capacity) _____ ,

**REBECCA WALTON** (in her official capacity) _____ ,

**THE STATE OF COLORADO** on behalf of: _____ ,

**JAIME AGUADO** (in his official capacity) _____ ,

**DAVE YOUNG** (in his official capacity) _____ ,

**PHILLIP WEISER** (in his official capacity) _____ ,

 And **MERIDETH MCGRATH** (in her official capacity) _____ , Defendant(s).

9

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

*See Please Complaint*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

*Please See Complaint*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

*Please See Complaint*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

*Please See Complaint*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

   Federal question                    Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. 1331, ICAOS RULES 4.103(a), 4.103(b) & 4.104; with special attention to ICAOS Advisory Opinions 2-2005, 5-2006, 1-2008

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
   The plaintiff, *(name)*   Gerald Cooper                         , is a citizen of the
   State of *(name)*   Colorado

   b.   If the plaintiff is a corporation
   The plaintiff, *(name)* _____ , is incorporated
   under the laws of the State of *(name)* _____
   and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
   The defendant, *(name)*   JB Pritzker             , is a citizen of
   the State of *(name)*   Illinois             . Or is a citizen of
   *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.    If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under

           the laws of the State of *(name)* _____, and has its

           principal place of business in the State of *(name)* _____.

           Or is incorporated under the laws of *(foreign nation)* _____,

           and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

          $1,500, 000 to each named defendant for time lost, income lost, pain and anquish as this matter continues to linger, creating wanton threats to liberty and freedom of Plaintiff.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

        In the State of Illinois and the State of Colorado, more specifically at the judicial and prosecutorial levels of each states judicial and legal systems; On or about from December 11, 2019 through today's date, as detailed in the formal complaint attached and filed along with this pleading.

        Plaintiff was convicted of a misdemeanor simple battery in the State of Illinois on December 11, 2019, the sentencing order sent Plaintiff BACK to his residence in the State of Colorado anf set the terms and conditions of probation. However, as of today's date, the transfer of Plaintiff's probation has not been completed in a manner reflective of justice and competency.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

        This has been a reoccuring issue since December 11, 2019, the most recent date is approximately between December 2nd and December 22nd of 2020. The most relevent day, and presumably the next day for the continuing pattern to continue would be January 22, 2021.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.   What are the facts underlying your claim(s)?   *(For example:  What happened to you? Who did what? Was anyone else involved?  Who else saw what happened?)*

1. The Ilinois 18th District Probation department in various ways submitted 5 (five) transfer requests for the Plaintiff without including the stipulation of Mandatory Transfer, resulting in denial of the transfer of probation . As of the sixth attempt at the same transfer the Plaintiff continues to still be denied the transfer of probation to Colorado, leading one to presume that the transfer was again not filed as mandatory, where mandatory means mandatory when written by the US Congress.

2. Inversely, regardless to how Illinois filed the transfer request, Colorado Adams County Department of Probation arbitrarily added extrajudicial conditions to the transfer requirements, in order to deny the Mandatory Transfer.

3. The Illinois 18th District Probation department seeks revoke probation and requires that the Plaintiff immediately move his residency to Illinois.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1.       While pursuing an arrest warrant, and under the threat of arrest warrant, Illinois Probation is requiring that Plaintiff move his residency to Illinois, where he has no home, with minor child in his custody, in the middle of a global pandemic to endure homelessness for himself and his minor child. This is injurious to Plaintiff and to his child, as these issues were previous thoroughly examined , investigated and considered in the original set of orders from both courts granting custody and mandatory transfer respectively.

2.       The requirement to relocate presents undue burden on the Plaintiff and undue hardship on the child which represents irreparable damage that cannot be compensated for.

3.       If or when the Plaintiff is indeed arrested due to failure or inability to immediately move to Illinois he will be immediately unable to pursue this case in Colorado, and will be unable to seek justice, through no fault of his own.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Enter an Order that prevents both and either State, its executive branch, prosecutorial and judiciary arms from instituiting any action, order, legal requirement that would change the current status quo of Plaintiff, making his pursuit of inquiry to this Court and justice null, his limited freedom and liberties, and/or designed to change Plaintiff's residental status thus preventing Plaintiff's ability to pursue justice in light of his claims, including to but not limited to issuance and execution of any type of arrest warrant.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        January  15, 2021

Signature of Plaintiff

Printed Name of Plaintiff        Gerald J. Cooper

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

_____GERALD JOSEPH COOPER_____, Plaintiff

v.

_____,

_____,

_____,

"SEE ATTACHED"_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## AFFIDAVIT

---

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

**GERALD JOSEPH COOPER**_____, Plaintiff

v.

**GOVENOR J.B. PRITZKER**, On behalf of THE STATE OF ILLINOIS ,

**JUDGE JOSHUA DIEDEN** (in his official capacity)_____,

**GENEVA PERKINSON** ((in her official capacity)_____,

**KWAME RAOUL** (in his official capacity)_____,

**ROBERT BERLIN** (in his official capacity)_____,

**REBECCA WALTON** (in her official capacity)_____,

**THE STATE OF COLORADO** on behalf of:_____,

**JAIME AGUADO** (in his official capacity)_____,

**DAVE YOUNG** (in his official capacity)_____,

**PHILLIP WEISER** (in his official capacity)_____,

And **MERIDETH MCGRATH** (in her official capacity)_____, Defendant(s).

I, Gerald Joseph Cooper, the undersigned Complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

That on December 11, 2019, in the State Courts of Illinois, Plaintiff was convicted of misdemeanor simple battery, by way of plea, and subsequently sentenced to 2 years probation – upon evaluation.

That on or about December 2, 2020, the Receiving State of Colorado, denied for the 6th time, with no legally justifiable fault of the Plaintiff, Plaintiff's ICAOS transfer request, from the Sending State of Illinois.

That upon belief and/or information the Sending State improperly has submitted at least 5 transfer request, each time filled with errors and most importantly to the disposition of this matter, lacking residential determination of Plaintiff as a life long resident of the State of Colorado, thus failing to submit a Mandatory ICAOS Transfer as the U.S. Congress and multiple federal courts have determined is required.

That upon belief and/or information, the State of Colorado, is unjustly requiring that Plaintiff submit to extrajudicial, non-constitutional Genetic Testing/DNA Testing; and that Plaintiff's refusal is the sole claim that the State of Colorado currently has as it's determining factor for denial of Plaintiff's probation.

That Plaintiff has, without avail, sought remedy through pleadings personally filed in the State Court system of Illinois in January 2020 and February 2020.

That to date, Plaintiff has not been able to start probation as a result of the actions and failures of named defendants in each state attached to the defendants list.

That I, Gerald J. Cooper am designated and aforementioned as Plaintiff and/or Complainant.

Address: 2389 Oswego Street, Aurora, CO  80010
Email:    gjjcooper@gmail.com
Phone:   (303) 505-1574

**Sworn to before me and signed in my presence,**

| | |
|---|---|
| 1-15-2021 | of Denver, Colorado |
| **Date** | **City and State** |
| *(signature)* | *(signature)* |
| **Notary Public Signature** | **Affiant's (PLAINTIFF'S) SIGNATURE** |

9

DEVINE HOBLEY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194045563
MY COMMISSION EXPIRES 12/06/2023

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

___GERALD JOSEPH COOPER_____, Plaintiff

v.

_____,

_____,

_____,

"SEE ATTACHED"_____, Defendant(s).

*(List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names of the defendants listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.)*

## AFFIDAVIT OF SERVICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  _____

(To be supplied by the court)

  **GERALD JOSEPH COOPER**  _____, Plaintiff

v.

**GOVENOR J.B. PRITZKER**, On behalf of THE STATE OF ILLINOIS ,

 **JUDGE JOSHUA DIEDEN** (in his official capacity)  ,

**GENEVA PERKINSON** ((in her official capacity)  ,

**KWAME RAOUL** (in his official capacity)  ,

**ROBERT BERLIN** (in his official capacity)  ,

**REBECCA WALTON** (in her official capacity)  ,

**THE STATE OF COLORADO** on behalf of:  ,

**JAIME AGUADO** (in his official capacity)  ,

**DAVE YOUNG** (in his official capacity)  ,

**PHILLIP WEISER** (in his official capacity)  ,

 And **MERIDETH MCGRATH** (in her official capacity)  , Defendant(s).

9

I, Gerald Joseph Cooper, the undersigned Complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

That I, Gerald J. Cooper on January 15, 2021 served a copy of each of the attached:

1) Complaint    3) Request For Injunction
2) Financial waiver application    4) Affidavit

upon _JB Pritzker, Governor_ and/or their known legal representative, by U.S. Mail and email, addressed as follows:

Address: _Office of the Governor, 207 State House, Springfield, IL 60706_
Email: _Lt Gov Stratton @ illinois.gove_

the last known address of addressee and or their legal counsel, on Tuesday, Jan. 19, 2021.

**Sworn to before me and signed in my presence,**

_____ of _____
**Date**                                                    **City and State**


_____        _____
**Notary Public Signature**                          **Affiant's (PLAINTIFF'S) SIGNATURE**

I, Gerald Joseph Cooper, the undersigned Complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

That I, Gerald J. Cooper on January 15, 2021 served a copy of each of the attached:
1) Complaint                    3) Request for Injunction
2) Financial waiver Application  4) Affidavit

upon _The Honorable Judge Joshua Dieden_ and/or their known legal representative, by U.S. Mail and email, addressed as follows:

Address: _Office of the Chief Judge, 505 N CountyFarm Rd, Wheaton, IL 60187_
Email: _ChiefJudge @ 18th judicial .org_

the last known address of addressee and or their legal counsel, on _Tuesday, Jan. 19, 2021._

**Sworn to before me and signed in my presence,**

_____ of _____
**Date**                                    **City and State**


_____        _____
**Notary Public Signature**                     **Affiant's (PLAINTIFF'S) SIGNATURE**

9

I, Gerald Joseph Cooper, the undersigned Complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

That I, Gerald J. Cooper on January 15, 2021 served a copy of each of the attached:
1) Complaint                          3) Request for Injunction
2) Financial waiver Application       4) Affidavit

upon _Geneva Perkinson_ and/or their known legal representative, by U.S. Mail and email, addressed as follows:

Dept of Adult Protection
Address: _505 N. county farm Rd, Wheaton, IL 60187_
Email: _Geneva.Perkinson @ Dupageco.org_

the last known address of addressee and or their legal counsel, on Tuesday, Jan. 19, 2021.

**Sworn to before me and signed in my presence,**

_____ of _____

**Date**                                    **City and State**


_____      _____

**Notary Public Signature**                **Affiant's (PLAINTIFF'S) SIGNATURE**

9

I, Gerald Joseph Cooper, the undersigned Complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

That I, Gerald J. Cooper on January 15, 2021 served a copy of each of the attached:

1) Complaint
2) Financial waiver Application
3) Request for Injunction
4) Affidavit

upon _Kwame Raoul_____ and/or their known legal representative, by U.S. Mail and email, addressed as follows:

Address: _Office of Atty General, 500 S 2nd St, Springfield, IL 62704_
Email: _LWinder@illinois.gov_

the last known address of addressee and or their legal counsel, on Tuesday, Jan. 19, 2021.

Sworn to before me and signed in my presence,

_____ of _____
Date                                                    City and State

_____         _____
Notary Public Signature                             Affiant's (PLAINTIFF'S) SIGNATURE

I, Gerald Joseph Cooper, the undersigned Complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

That I, Gerald J. Cooper on January 15, 2021 served a copy of each of the attached:

1) Complaint                          3) Request for Injunction
2) Financial waiver Application       4) Affidavit

upon Robert Berlin _____ and/or their known legal representative, by U.S. Mail and email, addressed as follows:

DuPage County State's Attorney's office

Address: 503 N. County Farm Rd, Wheaton, IL 60187

Email: conor.mccarthy@dupageco.org and karen.wolak@dupageco.org

the last known address of addressee and or their legal counsel, on Tuesday, Jan 19, 2021.

**Sworn to before me and signed in my presence,**

_____ of _____

**Date**                                    **City and State**

_____        _____

**Notary Public Signature**              **Affiant's (PLAINTIFF'S) SIGNATURE**

9

I, Gerald Joseph Cooper, the undersigned Complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

That I, Gerald J. Cooper on January 15, 2021 served a copy of each of the attached:

   1) Complaint            3) Request for Injunction
   2) Financial waiver Application   4) Affidavit

upon  Rebecca Walton  and/or their known legal representative, by U.S. Mail and email, addressed as follows:

Address:  P. O. Box 19277, Springfield, IL 19277

Email:  rebecca.walton@illinois.gov & doc.dl-interstatecompact@illinois.gov

the last known address of addressee and or their legal counsel, on Tuesday, Jan 19, 2021,

**Sworn to before me and signed in my presence,**

_____ of _____
Date                                  City and State

_____        _____
**Notary Public Signature**        **Affiant's (PLAINTIFF'S) SIGNATURE**

I, Gerald Joseph Cooper, the undersigned Complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

That I, Gerald J. Cooper on January 15, 2021 served a copy of each of the attached:

1) Complaint                      3) Request for Injunction
2) Financial waiver Application   4) Affidavit

upon _Jaime Aguado_ and/or their known legal representative, by U.S. Mail and email, addressed as follows:

Address: _4955 E 74th Ave., Commerce City, CO 80022_
Email: _jaime.aguado@judicial.state.co.us_

the last known address of addressee and or their legal counsel, on Tuesday, Jan. 19, 2021

**Sworn to before me and signed in my presence,**

_____ of _____
Date                                         City and State

_____      _____
Notary Public Signature                     Affiant's (PLAINTIFF'S) SIGNATURE

I, Gerald Joseph Cooper, the undersigned Complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

That I, Gerald J. Cooper on January 15, 2021 served a copy of each of the attached:

1) Complaint                                    3) Request for Injunction
2) Financial waiver Application                 4) Affidavit

upon _Dave Young_____ and/or their known legal
representative, by U.S. Mail and email, addressed as follows:

Address: Adams County DA
         1000 Judicial Center Drive, Brighton, CO 80601
Email:   bhall@da17.state.co.us

the last known address of addressee and or their legal counsel, on Tuesday, Jan. 19, 2021.

**Sworn to before me and signed in my presence,**

_____ of _____
**Date**                              **City and State**


_____     _____
**Notary Public Signature**             **Affiant's (PLAINTIFF'S) SIGNATURE**

I, Gerald Joseph Cooper, the undersigned Complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

That I, Gerald J. Cooper on January 15, 2021 served a copy of each of the attached:

1) Complaint
2) Financial waiver Application
3) Request for Injunction
4) Affidavit

upon   Phil Weiser   and/or their known legal representative, by U.S. Mail and email, addressed as follows:

office of the A.G.

Address:   1300 Broadway, 10th Floor, Denver, CO 80203

Email:   unknown

the last known address of addressee and or their legal counsel, on Tuesday, Jan. 19, 2021.

**Sworn to before me and signed in my presence,**

_____ of _____

Date                                             City and State

_____      _____

Notary Public Signature                     Affiant's (PLAINTIFF'S) SIGNATURE

9

I, Gerald Joseph Cooper, the undersigned Complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

That I, Gerald J. Cooper on January 15, 2021 served a copy of each of the attached:

1) Complaint                          3) Request for Injunction
2) Financial waiver Application       4) Affidavit

upon _Merideth McGrath,_____ and/or their known legal representative, by U.S. Mail and email, addressed as follows:

Address: _940 Broadway, Denver, CO 80203_
Email: _merideth.mcgrath@state.co.us & DOC_interstate parole@ state.co.us_

the last known address of addressee and or their legal counsel, _on Tuesday, Jan. 19, 2021,_

**Sworn to before me and signed in my presence,**

_____ of _____

**Date**                                    **City and State**


_____        _____

**Notary Public Signature**              **Affiant's (PLAINTIFF'S) SIGNATURE**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| Gerald Joseph Cooper | ) ) ) |
| _Plaintiff_ | ) |
| v. | )   Civil Action No. |
| "see attached" | ) ) ) |
| _Defendant_ | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
J.B. Pritzker, Govenor

207 State House,

Springfield, IL 62706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald Joseph Cooper
2389 oswego Street
Aurora, Co 80010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jan. 15, 2021

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

District of Colorado

| | |
|---|---|
| Gerald Joseph Cooper | ) |
| *Plaintiff* | ) ) |
| v. | ) |
| "see attached" | ) ) ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The Honorable Judge Joshua Dieden,
505 N County Farm Rd.,
Wheaton, IL 60187

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald Joseph Cooper
2389 oswego Street
Aurora, Co 80010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Jan. 15, 2021

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

Gerald Joseph Cooper

_____
Plaintiff

v.

"see attached"

_____
Defendant

)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Geneva Perkinson,
Dept. Of Adult Supervision,
505 N County Farm Rd.,
Wheaton, IL 60187

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald Joseph Cooper
2389 oswego Street
Aurora, Co 80010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jan. 15, 2021

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | |
|---|---|
| Gerald Joseph Cooper | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. |
| "see attached" | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
Kwame Raoul,
Office of the Attorney General
500 S 2nd St.,
Springfield, IL 62704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald Joseph Cooper
2389 Oswego Street
Aurora, Co 80010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: Jan. 15, 2021

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| Gerald Joseph Cooper _____ ) ) ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| "see attached" ) ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Robert Berlin,
DuPage County State's Attorney's Office
503 N. County Farm Rd.,
Wheaton, IL 60187

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald Joseph Cooper
2389 oswego Street
Aurora, Co 80010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jan. 15, 2021

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | |
|---|---|
| _Gerald Joseph Cooper_ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. |
| _"see attached"_ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Rebecca Walton
P.O. BOX 19277,
Springfield, IL 19277

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

_Gerald Joseph Cooper_
_2389 oswego Street_
_Aurora, Co 80010_

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _Jan. 15, 2021_

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

Gerald Joseph Cooper )
*Plaintiff* )
)
v. )  Civil Action No.
)
"see attached" )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jaime Aguado,
4955 E 74th Ave.,
Commerce City, CO 80022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald Joseph Cooper
2389 oswego Street
Aurora, Co 80010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jan. 15, 2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| Gerald Joseph Cooper | ) |
| *Plaintiff* | ) |
| v. | ) |
| "see attached" | ) |
| *Defendant* | ) |

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Dave Young,
Adams County District Attorney
1000 Judicial Center Drive,
Brighton, Co 80601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald Joseph Cooper
2389 oswego Street
Aurora, Co 80010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jan. 15, 2021

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | |
|---|---|
| Gerald Joseph Cooper<br>_____<br>*Plaintiff*<br><br>v.<br><br>"see attached"<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Phil Weiser,
Office of the Attorney General,
1300 Broadway, 10th Floor,
Denver, CO 80203

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

               Gerald Joseph Cooper
               2389 oswego Street
               Aurora, Co 80010

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jan. 15, 2021     _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | |
|---|---|
| Gerald Joseph Cooper | ) ) ) |
| _Plaintiff_ | ) |
| v. | )    Civil Action No. |
| "see attached" | ) ) ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
Merideth McGrath,
940 Broadway, Denver, CO 80203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald Joseph Cooper
2389 oswego Street
Aurora, Co 80010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: Jan. 15, 2021

_____
_Signature of Clerk or Deputy Clerk_